# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | §  CRIMINAL COMPLAINT |
| vs. | §  CASE NUMBER: DR:22-M -01675(1) |
| | § |
| (1) Abdul Rahman Rayes-Khil | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 11, 2022** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, intentionally and knowingly failed to enter the United States at a designated border crossing point and did not report said arrival and present himself and all articles in his possession for inspection, to wit: a misdemeanor

in violation of Title **19** United States Code, Section(s) **1459(a)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On July 11, 2022, the RAYES-KHIL, ABDUL, entered the United States illegally by wading across the Rio Grande River from Mexico to Eagle Pass, Texas and failed to report to immigration officials at an official Port of Entry to avoid scrutiny by officers at the Port of Entry. RAYES-KHIL, was apprehended shortly after crossing the Rio Grande River and provided a sworn statement to Immigration Officials in which he admitted that he entered the*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
De Milio, Gregory D.
Border Patrol Agent

07/20/2022                                 at    DEL RIO, Texas
File Date                                        City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE            Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.   Case Number: DR:22-M -01675(1)

(1) Abdul Rahman Rayes-Khil

**Continuation of Statement of Facts:**

United States illegally.  Subject was apprehended in Eagle Pass, Texas located in the Western District of Texas."

_____  _____
Signature of Judicial Officer   Signature of Complainant